**Jean G. DUPONT, Appellant, v. FRANK M. SAYFORD CO., Inc., Appellee.**

**No. 228.**

Circuit Court of Appeals, Second Circuit.
March 2, 1931.

O. Ellery Edwards, of New York City, for appellant.

Abel E. Blackmar, Jr., of New York City, for appellee.

Before L. HAND, CHASE, and MACK, Circuit Judges.

PER CURIAM.

Decree affirmed.

**L. S. FISHER et al., Appellants, v. Johanna Geertson KELLY, etc., et al., Appellees.**

**No. 6411.**

Circuit Court of Appeals, Ninth Circuit.
March 16, 1931.

Before RUDKIN, WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.

**FOX WEST COAST SERVICE CORPORATION, a Corporation, Appellant, v. Mary RENTFROW, Appellee.**

**No. 6393.**

Circuit Court of Appeals, Ninth Circuit.
March 16, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for appellant, and stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**John GARCIA, Appellant, v. UNITED STATES of America, Appellee.**

**No. 6061.**

Circuit Court of Appeals, Fifth Circuit.
March 31, 1931.

Rehearing Denied April 24, 1931.

W. J. Waguespack, of New Orleans, La., for appellant.

Edmond E. Talbot, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed.